UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA, AND NEVADA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>AMN MECHANICAL, INC., a Nevada corporation, JAMES WALKER, an individual, and DENISE Y. WALKER, an individual,<br><br>Defendants. | CASE NO.  CV 06-07841 MMM (SSx)<br><br>JUDGMENT |

On March 19, 2007, the court granted the motion for default judgment filed by plaintiffs Board of Trustees of the Sheet Metal Workers Pension Plan of Southern California Arizona and Nevada; Board of Trustees of the Sheet Metal Workers Health Plan of Southern California Arizona and Nevada; Board of Trustees of the Sheet Metal Workers Local 88 Section 401(k) Plan; Board of Trustees of the Southern Nevada Air Conditioning and Sheet Metal Contractors Association Inc.; Board of Trustees of the Sheet Metal Workers 88 Retiree Health Plan; Board of Trustees of the Local 88 Industry Stabilization Program; and Board of Trustees of the Local

88 Apprentice Training and Journeyman Educational Fund.  Accordingly,

  IT IS ORDERED AND ADJUDGED,

  1. That the Trusts recover, jointly and severally from all defendants, $107,065.09, representing $34,822.57 in unpaid benefit contributions; $1,015.68 in prejudgment interest on the unpaid benefit contributions; $53,634.17 in liquidated damages, $11,473.75 in late fees; $5,618.92 in attorneys' fees, and $500.00 in costs of suit;

  2. That the judgment bear interest at the rate specified in 28 U.S.C. §1961(a); and

  3. That the action be, and it hereby is, dismissed.

DATED: December 31, 2007

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE